made until his plea was entered in this case.    The evidence fully sustained the verdict that the appellant, at the time he committed the homicide, was of sound mind, and that he was guilty of premeditated murder.    The investigation of all the facts of the case, both on the part of the prosecution and the defense, was thorough, and minute; the interests of appellant were fully and skillfully represented by his counsel, and an able and conscientious judge presided upon the trial with absolute fairness and impartiality.    The verdict of the jury stands firmly upon the law and the evidence, and we have been able to discover no reason why it should be set aside.

We find no error in the record, and the judgment is affirmed.

_____

## THE STATE v. CLEVELAND, CINCINNATI, CHICAGO AND ST. LOUIS RAILWAY COMPANY.

[No. 19,503.    Filed April 9, 1902.]

From Fountain Circuit Court; *J. M. Rabb*, Judge.

Action by State against the Cleveland, Cincinnati, Chicago and St. Louis Railway Company to recover penalties.    Transferred from Appellate Court, under §1337u Burns 1901.    *Affirmed.*

*W. L. Taylor*, Attorney-General, *J. W. Brissey* and *L. Nebeker*, for State.

*J. T. Dye* and *L. J. Hackney*, for appellee.

GILLETT, J.—The questions involved in this appeal are the same as in *State* v. *Cleveland, etc., R. Co.*, 157 Ind. 288.    On the authority of that case the judgment is affirmed.